# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STATE OF NEW JERSEY,**<br><br>　　　　*Plaintiffs,*<br><br>v.<br><br>**MICHAEL GILES,**<br><br>　　　　*Defendants.* | **Civil Action No. 22-6533(MCA)**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Order to Show cause issued by Judge Hammer directing defendant to show cause in writing why this matter should not be remanded, Dkt. No. 5;

and it appearing that Judge Hammer issued a Report and Recommendation dated April 12, 2023, in which Judge Hammer recommended that this Court remand the matter to the New Jersey Superior Court, Middlesex County, Law Division, Criminal Part, Dkt. No. 6; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 15th day of June, 2023,

**ORDERED** that Judge Hammer's Report and Recommendation dated April 12, 2023 is **ADOPTED** and this matter shall be **CLOSED**.

　　　　　　　　　　　　　　　　　　　　*s/ Madeline Cox Arleo*
　　　　　　　　　　　　　　　　　　　　**Hon. Madeline Cox Arleo**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**